Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 111 John Street, 9th Floor, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

Judges STEIN and FAHEY taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v FRANKIE HATTON, Respondent.

Submitted January 26, 2015; decided February 12, 2015

Motion for assignment of counsel granted and Seymour James, Jr., Esq., The Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the respondent on the appeal herein.

Judges STEIN and FAHEY taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v ROBERT L. INGRAM, Respondent.

Submitted February 9, 2015; decided February 12, 2015

On the Court's own motion, this Court's decision of December 16, 2014 vacated [*see* 24 NY3d 1105 (2014)], remittitur recalled and when returned, it will be amended to read as follows: Appeal dismissed upon the ground that the criminal prosecution abated by reason of defendant's death (*see People v Ortiz,* 77 NY2d 821 [1990]).

Judges STEIN and FAHEY taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOEL JOSEPH, Appellant.

Submitted February 2, 2015; decided February 12, 2015

Motion for assignment of counsel granted and Seymour James, Jr., Esq., The Legal Aid Society, 199 Water Street, New